**Entered on Docket**
**November 19, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: November 19, 2026**

DENNIS MONTALI
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case<br>) No. 26-40838-DM |
| FRED JAHED, | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) Hearing held<br>) Via Zoom<br>) Date: November 18, 2026<br>) Time: 10:00 AM |

**MEMORANDUM DECISION ON MOTION TO AVOID JUDICIAL LIEN**

The court has read the Debtor's Motion to Avoid Lien of States Resources Corporation, States Resources Corporation's objection, and Debtor's reply (Dkts. 59, 73 & 79) and considered the arguments of Debtor and counsel for States Resources Corporation ("SRC") presented at the hearing on November 18, 2026.

The motion must be denied, in part. The correct analysis on a motion such as this is as follows:

| | |
|---|---|
| Value (conceded by SRC): | $1,790,000 |
| Less Senior Lien: | $ 754,510 |
| Less Allowed Homestead: | $ 743,459 |
| Remaining Equity for SRC: | $ 292,031 |
| Amount of SRC Lien Stripped: | $ [106,259] |

Neither *In re Obedian*, 546 B.R. 409 (Bankr. C.D. Cal. 2016) nor Cal. Fam. Code § 751 changes the outcome.

Counsel for SRC should upload and serve the appropriate order.

****END OF ORDER****



Case: 26-40838 Doc# 85 Filed: 11/19/26 Entered: 11/19/26 16:24:55 Page 2 of 3

## COURT SERVICE LIST

Fred Jahed
261 Conifer Terrace
Danville, CA 94506